```
               UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Kevin Gallagher</u>

             v.                    Civil No. 11-cv-431-JD

<u>SCM Group North America, Inc.</u>


<u>ORDER</u>

Re: Document No. 17, Motion to Amend Discovery Plan

Ruling: The plaintiff's motion to amend the discovery plan to extend the deadline for completion of liability discovery (document no. 17) is granted to the extent that the deadline is extended to November 15, 2012. No further extensions of this discovery deadline will be granted. Under the extended deadline, the plaintiff's interrogatories served on October 15, 2012, were timely served. The defendant shall file its response to the plaintiff's motion to compel (document no. 18) within fourteen days of the date of this order.


Date: January 4, 2013             */s/ Joseph A. DiClerico, Jr.*
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

cc:  Peter Solomon, Esq.
     James Meadows, Esq.
     Joseph Mattson, Esq.
     Todd Hathaway, Esq.